# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
Jun 26, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**RAY PINON**

    Defendant.

**SEALED**

CR NO: 1:25-MJ-00072 SAB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Ray Pinon |
| Detained at: | Fresno County Jail |

Detainee is:
- a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
  charging detainee with: Title 21, United States Code, Sections 846, 841(a)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 27, 2025 at 2:00 PM in Courtroom 8 in the Robert E. Coyle United States Courthouse*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on June 27, 2025, at 2:00 PM in Courtroom 8, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jun 26, 2025**

/s/ Stanley A. Boone
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 2427102 | DOB: | 09/12/1978 |
| Facility Address: | 225 M St, Fresno, CA 93721 | Race: | Hispanic |
| Facility Phone: | (559) 600-8600 | FBI#: | 796983AB8 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)